IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| EDWARDS | : | 02-1495 |
| MARTIN | : | 02-1542 |
| THOMPSON | : | 02-1581 |
| ZOLDEN | : | 02-1592 |
| LAWSON | : | 02-1619 |
| HELLER | : | 02-1950 |
| MUMM | : | 02-1964 |
| LAWSON | : | 02-2198 |
| KUEBLER | : | 02-2199 |
| SWANSON | : | 02-2200 |
| LARNES | : | 02-2333 |
| BROWN | : | 02-2372 |
| KING | : | 02-2442 |
| VISQUERRA | : | 02-2499 |
| JACKSON | : | 02-2535 |
| MORSCH | : | 02-2547 |
| MASNICOFF | : | 02-3049 |
| FROESCHLE | : | 02-3052 |
| ANASTASOPOULOS | : | 02-3077 |
| PHILIPS | : | 02-3087 |
| MOSS | : | 02-3101 |
| SLATKIN | : | 02-3104 |
| ARNETT | : | 02-3257 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

# **O R D E R**

**AND NOW,** this           day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -   Order staying these proceedings pending disposition of a related action.

    [    ]   -   Order staying these proceedings pending determination of

|  |  |  |
|---|---|---|
|  |  | arbitration proceedings. |
| [    ] | - | Interlocutory appeal filed. |
| [ X ] | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                        **BY THE COURT:**

                        _____

                        **R. Barclay Surrick**